UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: LUMBER LIQUIDATORS
CHINESE-MANUFACTURED FLOORING
PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 2627

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –2)

On June 12, 2015, the Panel transferred 10 civil action(s) to the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Eastern District of Virginia. With the consent of that court, all such actions have been assigned to the Honorable Anthony J Trenga.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Virginia and assigned to Judge Trenga.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Virginia for the reasons stated in the order of June 12, 2015, and, with the consent of that court, assigned to the Honorable Anthony J Trenga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Jun 29, 2015<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br><br>A True Copy, Teste:<br>Clerk, U.S. District Court<br><br>By _____<br>Deputy Clerk |

IN RE: LUMBER LIQUIDATORS
CHINESE-MANUFACTURED FLOORING
PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                MDL No. 2627

### SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15-03985 | Eric Jacek v. Lumber Liquidators, Inc. |
| IOWA NORTHERN | | | |
| IAN | 3 | 15-03118 | Chapman v. Lumber Liquidators, Inc et al |
| OHIO SOUTHERN | | | |
| OHS | 1 | 15-00397 | Anderson v. Lumber Liquidators, Inc. |
| SOUTH CAROLINA | | | |
| SC | 2 | 15-02333 | Vincent v. Lumber Liquidators Inc et al |