# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.: **15-MD-2627**  Date: **10-05-2015**
Court Time: **10:00 – 10:19**

_____

Docket Entry:  **STATUS CONFERENCE**
_____

**IN RE:**

**LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES ANDPRODUCTS LIABILITY LITIGATION**


Present:  Honorable Anthony J. Trenga, U.S. District Judge
          Honorable Thomas Rawles Jones, Jr., U.S. Magistrate Judge

          Janice Allen          , Deputy Clerk
          Michael Rodriquez     , Court Reporter

PROCEEDINGS:
This matter came on for a Status Conference.  Appearances of Counsel for Pltf. and Deft.  The Court reviewed the Discovery Schedule.  Pltf. states that the product line on this case, will only be the Chinese Laminate line and has no intention in proceeding past the Chinese Laminate line.  Deft. advised that all of their Service of Process have been worked out.  The Court advised that deft.'s pending Motions to Strike Nationwide Class Allegations are too premature to rule on and would complicate matters.  The Court stays those motions.
The Court will schedule all future status conferences for the 1st Monday of each month at 2:00 p.m., through March 2016: 11/02/2015, 12/7/2015, 1/05/2016, 2/01/2016, 3/07/2016.  Lead Counsel are to sign in on the provided sign in sheets before each hearing.
Judge Jones will be holding the Rule 16(b) Pretrial Conference in the conference room on the 9th floor immediately after this hearing.