IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS ) <br> CHINESE-MANUFACTURED FLOORING ) <br> PRODUCTS MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) | MDL No. 1:15-md-2627 (AJT/TRJ) |

This Document Relates to: *Loup v. Lumber Liquidators, Inc. et al.*,
No. 2:15-cv-1207-EEF-MBN (E.D. La.)
No. 1:15-cv-2733 (E.D. Va.)

## **ORDER**

Presently pending before the Court is defendant's Consent Motion for Suggestion of Remand to Eastern District of Louisiana [Doc. No. 659] (the "Motion"). On June 12, 2015, the United States Judicial Panel on Multidistrict Litigation ("JPML") issued to this Court a Transfer Order [Doc. No. 1] with respect to ten actions concerning "the sale and marketing of Chinese-manufactured laminate flooring by defendant Lumber Liquidators" to this Court. In the Transfer Order, the JPML noted that "[a]ll actions involve common factual questions regarding whether Lumber Liquidators falsely represented that its Chinese-manufactured laminate flooring complied with California Air Resources Board standards . . ."

On October 9, 2015, the Court issued an Order [Doc. No. 612] (the "Order") directing any plaintiff who intended to rely on product lines other than the Chinese-manufactured laminate flooring for his or her personal claims to file a notice with the Court. On October 15, 2015, plaintiffs filed a Notice of Reliance on Non-Chinese-Manufactured Laminate Flooring [Doc. No. 615] (the "Notice") in which they stated that they are relying on defendant's product lines other than Chinese-manufactured laminate flooring and that they had withdrawn their class allegations.

Upon consideration of the JPML's Transfer Order, plaintiffs' Notice, and defendant's Motion, and it appearing to the Court that this case is no longer within the scope of the Transfer Order, the Court finds that remand to the Eastern District of Louisiana is proper. Accordingly, it is hereby

ORDERED that defendant's Consent Motion for Suggestion of Remand to Eastern District of Louisiana [Doc. No. 659] be, and the same hereby is, GRANTED; and the Court hereby

SUGGESTS to the United States Judicial Panel on Multidistrict Litigation that the above-captioned case be remanded to the United States District Court for the Eastern District of Louisiana, for all purposes.

The Clerk is directed forward copies of this Order to all counsel of record, and to the Clerk of the United States Judicial Panel on Multidistrict Litigation.

                                                                                      _____
                                                                                      Anthony J. Trenga
                                                                                      United States District Judge

Alexandria, Virginia
November 13, 2015