# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.: **15-MD-2627**  Date: **12-01-2015**
Court Time: **2:00 – 3:52**

___

Docket Entry:   **STATUS CONFERENCE**
___

**IN RE:**

**LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES ANDPRODUCTS LIABILITY LITIGATION**

Present:   Honorable Anthony J. Trenga, U.S. District Judge

  Janice Allen, Deputy Clerk
  Rhonda Montgomery, Court Reporter

PROCEEDINGS:
This matter came on for a Status Conference.  Appearances of Counsel for Pltf. and Deft.  Parties advised the Court of the status of the non-laminate cases.
The Motion to Dismiss [597] argued and taken under advisement.