# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.:  **15-MD-2627**                     Date: **12-01-2015**
Court Time: **2:00 – 2:11**

_____

Docket Entry:    **STATUS CONFERENCE**

_____

**IN RE:**

**LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES ANDPRODUCTS LIABILITY LITIGATION**

Present:   Honorable Thomas Rawles Jones, Jr., U.S. Magistrate Judge

     Janice Allen             , Deputy Clerk
     Rhonda Montgomery    , Court Reporter

PROCEEDINGS:

This matter came on for a Status Conference.   Appearances of Counsel for Pltf. and Deft.   Parties advised the Court of the status of the non-laminate cases.