UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS <br> CHINESE-MANUFACTURED FLOORING <br> PRODUCTS MARKETING, SALES <br> PRACTICES AND PRODUCTS LIABILITY <br> LITIGATION | ) <br> ) <br> )     MDL No. 1:15-md-2627(AJT/TRJ) <br> ) <br> ) |
| This Document Relates to: | ) |
| *Dan Johnson v. Lumber Liquidators, Inc.* <br> No. 1:15-cv-02632-AJT-TRJ | ) <br> ) |
| *Kumar, et al., v. Lumber Liquidators, Inc., et al.* <br> No. 1:15-cv-02760-AJT-TRJ | ) <br> ) |

**STIPULATION AND ORDER**

Plaintiffs in *Dan Johnson v. Lumber Liquidators, Inc.*, No. 1:15-cv-02632-AJT-TRJ and *Kumar, et al., v. Lumber Liquidators, Inc., et al.,* No. 1:15-cv-02760-AJT-TRJ (collectively, "the EDVA Cases") and Defendant Lumber Liquidators, Inc. ("Defendant") hereby stipulate and respectfully request that the Court by its Order confirm as follows:

**1. PLEADINGS:**

Plaintiffs in the EDVA Cases will stand on their existing complaints. Defendant will respond either by answer or motion to dismiss within 20 days following entry of the Court's Order.

**2. DISCOVERY:**

Plaintiffs in the EDVA Cases will coordinate discovery with Lead Counsel in the MDL case to the fullest extent possible, but may conduct independent discovery only where (a) Plaintiffs in the EDVA Cases and Defendant agree it is necessary for the timely preparation of the EDVA Cases claims, or (b) the Court so orders. All parties agree that depositions and other

discovery taken in either the MDL Proceedings or the EDVA Cases may be fully used in the other.

**3.    PRE-TRIAL SCHEDULE:**

Plaintiffs in the EDVA Cases and Defendant will observe the same discovery, disclosure, expert and briefing deadlines applicable to the MDL Proceedings.

Dated:                                                                  Respectfully submitted,

/s/ Francis J. Balint, Jr.
Francis J. Balint, Jr. (VSB No. 21909)
**Bonnett, Fairbourn, Friedman & Balint, P.C.**
Joshua Gunnell House | Suite 4
4023 Chain Bridge Road
Fairfax, VA 22030
Telephone: (602) 776-5903
Fax: (602) 274-1199

and

Jeffrey W. Golan (pending admission *pro hac vice*)
Lisa M. Port
**Barrack, Rodos & Bacine**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

and

Stephen R. Basser (admitted *pro hac vice*)
**Barrack, Rodos & Bacine**
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874

Counsel for Plaintiff in *Johnson*

        Dennis C. Reich (pending admission *pro hac vice*)
        **Reich & Binstock, LLP**
        4265 San Felipe, Suite 1000
        Houston, TX 77027
        Telephone: (713) 622-7271
        Fax:    (713) 623-8724

        Counsel for Plaintiff in *Kumar*


        *s/ Diane P. Flannery*
        Diane P. Flannery (VSB No. 85286)
        E-mail: dflannery@mcguirewoods.com
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, VA  23219-3916
        804.775.1015 (Telephone)
        804.698.2047 (Facsimile)


        */s/ William L. Stern*
        William L. Stern (Pro Hac Vice)
        E-mail: wstern@mofo.com
        Morrison & Foerster LLP
        425 Market Street
        San Francisco, CA 94105-2482
        415.268.7000 (Telephone)
        415.268.7522 (Facsimile)

        Co-Lead Counsel for Defendant
        Lumber Liquidators, Inc.


   PURSUANT TO STIPULATION, AND ADDING THE REQUIREMENT THAT DAMAGES DISCOVERY ALSO BE COMPLETED CONCURRENTLY WITH LIABILITY DISCOVERY IN THESE TWO CASES, IT IS SO ORDERED.


January 4, 2016            /s/
            THOMAS RAWLES JONES, JR.
            United States Magistrate Judge