# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.: **15-MD-2627**    Date: **1-05-2016**
Court Time: **2:00 – 3:35**

_____

Docket Entry:    **STATUS CONFERENCE**
_____

**IN RE:**

**LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES ANDPRODUCTS LIABILITY LITIGATION**

Present:    Honorable Anthony J. Trenga, U.S. District Judge

   Janice Allen           , Deputy Clerk
   Rhonda Montgomery   , Court Reporter

PROCEEDINGS:
This matter came on for a Status Conference.   Appearances of Counsel for Pltf. and Deft.
Judge Trenga instructs the parties to summarize what was discussed in chambers before this hearing, with respect to discovery and the Vincent case.
Judge Jones grants the Rule 37 (b) Motion for Sanctions. An order will follow providing 2 things:
Pltf.'s who have produced fact sheets but not documents, the Court is going to grant the relief that deft. has requested against the pltf's who are not in compliance at that time.
Pltf.'s who have not produced any fact sheets, the Court is going to provide in the order that any pltf. who still has not produced fact sheets by Friday, 1/22/16, the deft. may thereafter file a motion to dismiss without prejudice.
Judge Jones advised that any motion to compel deemed necessary need to be filed, the oppositions due 5 business days thereafter and replies 2 business days after.
As to the deft.'s Rule 72 Objections to Judge Jones memorandum opinion and order dated 12/28/15 and the Benchmark Testing, counsel requested the courtroom be sealed – granted.