IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:15-md-2627 (AJT/TRJ) |

This Document Relates to ALL Cases

## ORDER

On Tuesday, January 5, 2016, the Court held its regularly scheduled Status Conference at which it heard oral argument on defendant Lumber Liquidators' Rule 72 Objections [Doc. No. 769] (the "Objections") to the Court's Memorandum Opinion and Order [Doc. No. 757] regarding privilege dated December 28, 2015 (the "Order"). In accordance with those proceedings and for the reasons stated in open court during the Status Conference, it is hereby

ORDERED that defendant's Objections [Doc. No. 769] be, and the same hereby are, OVERRULED, and the December 28, 2015 Order [Doc. No. 757] be, and the same hereby is, AFFIRMED as clarified on the record in open court, to the extent that those Objections pertain to the Mercury documents; and it is further

ORDERED that with respect to the Benchmark test report documents, the Objections be, and the same hereby are, OVERRULED and defendant is ORDERED to produce those documents. The Court finds that there is a substantial need for the production of those documents, and that there is no substantial equivalent for those documents.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 5, 2016