UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No.: 1:15-md-02627-AJT |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

On September 30, 2015, Defendant Lumber Liquidators, Inc. filed a Motion to Strike All Claims of Personal Injury Made in Class Action Complaints. (Docket No. 580). The Court deferred ruling on defendant's motion (Docket No. 592). On March 1, 2016, the Court instructed counsel for Lumber Liquidators, Inc. to provide to plaintiffs' lead counsel in the MDL a list of cases where plaintiffs either alleged claims for personal injuries in their complaints or responses to Defendant's Fact Sheets. Defense counsel provided the requested list, which is attached as Exhibit A. Plaintiffs' lead counsel represents that they contacted counsel in each of the 32 cases, and have confirmed that none of those cases will be seeking to certify claims for personal injuries on a class-wide basis.

Based on counsel's representation, this court rules that Defendant Lumber Liquidators, Inc.'s Motion to Strike All Claims of Personal Injury Made in Class Action Complaints is moot, and no Chinese formaldehyde class action pending in the MDL will seek damages for personal injury on a class-wide basis. This Order does not affect any claims for personal injury brought solely on an individual basis.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 5, 2016

76454008_1