**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL No. l:15-md-02627 (AJT/TRJ) |
| This Document Relates to ALL Cases | |

**PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**
**AND PERMIT DEPOSITION OF THIRD-PARTY**
**CALIFORNIA AIR RESOURCES BOARD**

Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 16(b), hereby submit this Motion to Amend Scheduling Order and Permit Deposition of Third-Party California Air Resources Board.

This motion is based upon the Memorandum of Law, Declarations, and exhibits filed contemporaneously herewith, and upon all the files, records, and proceedings in this matter.

DATED: June 10, 2016              Respectfully submitted,

                                  */s/ Nancy Fineman*
                                  Nancy Fineman (*Pro Hac Vice*)
                                  E-mail: nfineman@cpmlegal.com
                                  Matthew K. Edling (*Pro Hac Vice*)
                                  E-mail: medling@cpmlegal.com
                                  Cotchett, Pitre & McCarthy, LLP
                                  840 Malcolm Road, Suite 200
                                  Burlingame, CA 94010
                                  650.697.6000 (Telephone)
                                  650.697.0577 (Facsimile)


                                  */s/ Steven J. Toll*
                                  Steven J. Toll (VSB No. 15300)
                                  E-mail: stoll@cohenmilstein.com
                                  Douglas J. McNamara (*Pro Hac Vice*)
                                  E-mail: dmcnamara@cohenmilstein.com

Sally M. Handmaker (*Pro Hac Vice*)
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
202.408.4600 (Telephone)
202.408.4699 (Facsimile)

*s/ Steve W. Berman*
Steve W. Berman (*Pro Hac Vice*)
E-mail: steve@hbsslaw.com
Ari Y. Brown (*Pro Hac Vice*)
E-mail: ari@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
206.623.7292 (Telephone)
206.623.0594 (Facsimile)

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2016, a true and correct copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, and in accordance with Local Rules and the procedures adopted in the Initial Order and Pretrial Order No. 1A.  This filing will cause a copy of the same to be served, via a Notice of Electronic Filing, upon counsel of record in this matter who have consented to electronic service.

              */s/ Steven J. Toll*
Steven J. Toll (VSB No. 15300)
E-mail: stoll@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave NW, Suite 500
Washington, DC 20005
202.408.4600 (Telephone)
202.408.4699 (Facsimile)

*Plaintiffs' Co-Lead Counsel*