UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS   )<br>CHINESE-MANUFACTURED FLOORING   )<br>PRODUCTS  MARKETING, SALES   )<br>PRACTICES AND PRODUCTS LIABILITY   )<br>LITIGATION   )<br>_____)   ) | MDL No.: 1:15-md-02627-AJT |

THIS DOCUMENT RELATES TO ALL CASES
_____

**DEFENDANT LUMBER LIQUIDATORS, INC.'S
MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFFS' FIRST AMENDED REPRESENTATIVE COMPLAINT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56 of the Local Rules of this Court, Defendant Lumber Liquidators, Inc. (Lumber Liquidators) respectfully moves this Court to grant summary judgment in its favor on all claims (Counts I-XII) in Plaintiffs' First Amended Representative Complaint (Dkt. 562).

As detailed in the accompanying memorandum in support of this motion and reflected in the exhibits attached to it, there is no genuine dispute as to any material fact, and Lumber Liquidators is therefore entitled to judgment as a matter of law.

A proposed order is attached as Exhibit 1.

DATED:  August 1, 2016               Respectfully submitted,

                                     LUMBER LIQUIDATORS, INC.
                                     By Counsel

                                     */s/ Diane P. Flannery*
                                     Diane P. Flannery (VSB No. 85286)
                                     E-mail: dflannery@mcguirewoods.com
                                     MCGUIREWOODS LLP
                                     Gateway Plaza
                                     800 East Canal Street

1

Richmond, Virginia 23219-3916
804.775.1015 (Telephone)
804.698.2047 (Facsimile)
*Defendants' Co-Lead Counsel*

*/s/ William L. Stern*
William L. Stern (Pro Hac Vice)
E-mail: wstern@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
415.268.7000 (Telephone)
415.268.7522 (Facsimile)
*Defendants' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2016, a true and correct copy of the foregoing was filed electronically with the clerk of this Court using the CM/ECF system, and in accordance with Local Rules and the procedures adopted in the Initial Order and Pretrial Order No. 1A.  This filing will cause a copy of the same to be served, via a Notice of Electronic Filing, upon counsel of record in this matter who have consented to electronic service.

I also hereby certify that, on the same day, a true and correct copy of the foregoing was served by U.S. Mail upon the remaining unrepresented party (in *Karriem v. Lumber Liquidators, Inc.*, No. 1:15-cv-2765):

>   Elijah Karriem
>   1404 Asbury Court
>   Hyattsville, Maryland 20782

>>   */s/ Diane P. Flannery*
>>   Diane P. Flannery, Esq. (VSB No. 85286)
>>   E-mail: dflannery@mcguirewoods.com
>>   McGuireWoods LLP
>>   Gateway Plaza
>>   800 East Canal Street
>>   Richmond, Virginia 23219-3916
>>   804.775.1015 (Telephone)
>>   804.698.2047 (Facsimile)
>>   *Defendants' Co-Lead Counsel*