**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**IN RE: LUMBER LIQUIDATORS**
**CHINESE-MANUFACTURED FLOORING**
**PRODUCTS MARKETING, SALES**
**PRACTICES AND PRODUCTS LIABILITY**
**LITIGATION**

                  **MDL NO. 1:15md2627 (AJT/TRJ)**

**This Document Relates Only to the Following Case:**     **Mitchem v. Lumber Liquidators**
                                                                        **1:17-CV-02797(AJT/TRJ)**

## JOINT MOTION TO STAY

COMES NOW the defendant Lumber Liquidators, Inc. ("Lumber Liquidators") by counsel, Clement D. Carter, Esq., and the Plaintiffs by counsel, Marvin Masters, Esq, and jointly pursuant to Initial Order – Pretrial Order # 1 move this Court for an Order staying defendant Lumber Liquidators' Motion to Dismiss and Plaintiffs' Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a).  After conferring, Counsel for the parties believe the Court need not address the motions at this time.  Counsel agree that all other provisions of the MDL should remain in effect and controlling.

WHEREFORE, Counsel for the Defendant and the Plaintiffs ask for the entry of the proposed Order staying the referenced motions.

Respectfully submitted this 25th day of January, 2017.

Counsel for Lumber Liquidators, Inc.


/s/ Clement D. Carter
Clement D. Carter (VSB No. 46038)
Diane P. Flannery (VSB No. 85286)
Lauren P. Scott (VSB No. 90168)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
ccarter@mcguirewoods.com
dflannery@mcguirewoods.com
lpscott@mcguirewoods.com
Ph:     (804) 775-4757
Fax:   (804) 698-2068



Counsel for Plaintiffs
Russell Mitchem and Wanda Mitchem


/s/ Marvin W. Masters
Marvin W. Masters
Masters Law Firm, PC
181 Summers Street
Charleston, West Virginia 25301
mwm@themasterslawfirm.com
Ph;     (304) 342-3106
Fax:   (304) 342-3189

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, I cased the forgoing to be electronically filed with the Clerk of Court using the CMF/ECF system, which will send notification of such filing to all Counsel of Record.

/s/ Clement D. Carter
Clement D. Carter (VSB No. 46038)
Diane P. Flannery (VSB No. 85286)
Lauren P. Scott (VSB No. 90168)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
ccarter@mcguirewoods.com
dflannery@mcguirewoods.com
lpscott@mcguirewoods.com
Ph:     (804) 775-4757
Fax:    (804) 698-2068