IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS         )<br>CHINESE-MANUFACTURED            )<br>FLOORIGN PRODUCTS MARKETING,  )<br>SALES PRACTICES, AND PRODUCTS  )<br>LIABILITY LITIGATION                 )<br>                                                      ) | Case No. 1:15-md-2627 (AJT/TRJ) |

This Document Relates to ALL Cases

# **ORDER**

This matter is before the Court on the Personal Injury Plaintiffs' Motion for Separate Case Track [Doc. No. 1156] (the "Motion"). On December 5, 2017, the Court held a hearing on the Motion. Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court during the December 5, 2017 hearing, it is hereby

ORDERED that the Personal Injury Plaintiffs' Motion for Separate Case Track [Doc. No. 1156] be, and the same hereby is, GRANTED; and it is further

ORDERED that a separate case track be, and the same hereby is, ESTABLISHED for cases asserting personal injuries and that discovery in such cases, including that pertaining to experts, causation, and damages, be completed by May 31, 2018; and it is further

ORDERED that the Court's Order dated August 17, 2017 staying all discovery, [Doc. No. 1181], be, and the same hereby is, LIFTED as to those cases asserting personal injury claims, as listed in Plaintiffs' Report on Personal Injury and Objections to Application of the Summary Judgment Ruling [Doc. No. 1165].

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 5, 2017