UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | ) ) ) ) MDL No.: 1:15-md-02627-AJT-TRJ ) ) ) ) |

THIS DOCUMENT RELATES TO: 1:16-cv-02784

**LUMBER LIQUIDATORS' NOTICE TO THE COURT CONCERNING JOANN ADASKA AND RICHARD GRISKO'S COMPLIANCE WITH THE MOTION TO COMPEL**

Defendant Lumber Liquidators, Inc. ("Lumber Liquidators"), by counsel, notifies the Court that all matters of controversy between:

- Joann Adaska, 1:16-cv-02784

- Richard Grisko, 1:16-cv-02784

and Lumber Liquidators have been resolved. As such, the discovery disputes subject of its Motion to Compel (ECF No. 1258) has been resolved as to these two Plaintiffs.

WHEREFORE, Defendant Lumber Liquidators respectfully requests that the Court remove Joann Adaska and Richard Grisko from consideration concerning any discovery disputes discussed in its Motion to Compel (ECF No. 1258).

Dated: February 1, 2018

Respectfully submitted,

LUMBER LIQUIDATORS, INC.

By Counsel

/s/ Robert F. Redmond
Robert F. Redmond
VA State Bar No. 32292
McGuireWoods LLP

800 Canal Street
Richmond, VA 23219-4030
804.775.1123 (Direct Line)
804.698.2145 (Direct FAX)
rredmond@mcguirewoods.com

*Counsel for Lumber Liquidators, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2018 a true and correct copy of the foregoing was filed electronically with the clerk of this Court using the CM/ECF system, and in accordance with Local Rules and the procedures adopted in the Initial Order and Pretrial Order No. 1A. This filing will cause a copy of the same to be served, via a Notice of Electronic Filing, upon counsel of record in this matter.

/s/ Robert F. Redmond
Robert F. Redmond
VA State Bar No. 32292
McGuireWoods LLP
800 Canal Street
Richmond, VA 23219-4030
804.775.1123 (Direct Line)
804.698.2145 (Direct FAX)
rredmond@mcguirewoods.com

*Counsel for Lumber Liquidators, Inc.*