Zachariah B. Parry
Nevada Bar No.: 11677
PARRY & PFAU
880 Seven Hills Drive, Suite 140
Henderson, Nevada 89052
702 879 9555 TEL
702 879 9556 FAX
zach@p2lawyers.com

Attorneys for Plaintiffs,
*Dwight Spence Sr., Diana Spence,
Dwight Spence Jr., and Mitchell Spence*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

* * *

| | |
|---|---|
| **Dwight Spence, Diana Spence, Dwight Spence, Jr.,** and **Mitchell Spence**,<br><br>     Plaintiffs,<br>  vs.<br><br>**Lumber Liquidators, Inc.,** a Delaware Corporation; **Lumber Liquidators Leasing, LLC**, a Delaware limited liability company; **Lumber Liquidators Holdings, Inc.**, a Delaware Corporation, **Lumber Liquidators Services, LLC,** a Delaware Limited Liability Corporation; Does I–X; and Roe Corporations I–X,<br><br>     Defendants. | Case No.: 1:15–md–2627 (AJT/TRJ)<br><br>**Plaintiffs' Response to Defendant Lumber Liquidators' Motion to Compel Further Responses to the Supplemental Fact Sheet** |

**Affidavit of Counsel in Support of Opposition to Defendant Lumber Liquidators' Motion to Compel Further Responses to the Supplemental Fact Sheet**

State of Nevada

County of Clark

Zachariah B. Parry, being duly sworn, states that he is the attorney for the the Spence Family in the above-captioned case and has personal knowledge of the contents of this affidavit.

1. I have offered to speak to defense counsel Robert Redmond several times to see if we can resolve this issue, but Mr. Redmond and I have never spoken.

2. Mr. Redmond and I never had the LR 37(E) in-person or telephonic conference that is a mandatory prerequisite to filing a motion to compel.

_____
Zachariah B. Parry, Esq.

Sworn to and Subscribed before me this 7th day of February 2018.

_____
Notary Public in and for said County and State

[NOTARY PUBLIC STATE OF NEVADA, County of Clark, SAMANTHA DUOME, Appt. No. 15-2930-1, My Appt. Expires Aug. 21, 2019]

**Memorandum of Points and Authorities**

**I.**

**Procedural History**

The Spence family filed their lawsuit against Lumber Liquidators in July 2016. Since that time, both the Spences and Lumber Liquidators engaged in extensive discovery, including four depositions of the plaintiffs, multiple sets of discovery requests, and multiple sets of witnesses and document disclosures.

1   After nine months, and when the 30(b)(6) deposition of Lumber Liquidators was
2   pending, Lumber Liquidators removed this case to federal court, and it was
3   transferred to the Eastern District of Virginia.
4
5                                          **II.**
6                                    **Law and Argument**
7   There is a procedure in place for resolving discovery disputes that applies when
8   a party believes it has not gotten the discovery responses required under the rules.
9   According to F.R.C.P. 37, a party may move for an order compelling a discovery
10  response.[1] However, prior to filing a Rule 37 Motion, counsel must have conferred in
11  person or by telephone "to decrease, in every way possible the filing of unnecessary
12  discovery motions."[2]
13  "The Court will not consider any motion concerning discovery matters unless the
14  motion is accompanied by a statement of counsel that a good faith effort has been
15  made between counsel to resolve the discovery matters at issue."[3]
16  Defense counsel, the movant, has made no attempt to have an in-person or
17  telephonic conference, and no compliant statement of counsel accompanied the
18  motion. Plaintiffs remain available to discuss these discovery issues and reach a
19  reasonable and amicable resolution with defense counsel.
20
21                                         **III.**
22                                     **Conclusion**
23  This Motion is premature and has not met the mandatory meet-and-confer
24  requirements imposed by the local rules. Therefore, the Motion must be denied.
25
26
27  [1] F.R.C.P. 37(a)(3)(AB).
    [2] LR 37(E).
28  [3] *Id.*

DATED this 7th day of February 2018.   PARRY & PFAU

_____
Zachariah B. Parry
Nevada Bar No.: 11677
880 Seven Hills Drive, Suite 210
Henderson, Nevada 89052
702 879 9555 TEL
702 879 9556 FAX

Attorneys for Plaintiffs,
*Dwight Spence Sr., Diana Spence,
Dwight Spence Jr., and Mitchell Spence*

**Certificate of Service**

I hereby certify that on the 7th day of February 2018, a fair and accurate copy of the foregoing was filed electronically with the clerk of this Court using the CM/ECF system, and in accordance with Local Rules and the procedures adopted in the Initial Order and Pretrial Order no. 1A. This filing will cause a copy of this document to be served, via a Notice of Electronic Filing, upon all counsel of record in this matter.

_____
Zachariah B. Parry

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL