**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) | **MDL No. 1:15-md-2627 (AJT/TRJ)** |

**THIS DOCUMENT RELATES TO:**
*Cutler et al. v. Robert Clark Flooring, LLC, Lumber Liquidators and ED Lab*

## REPLY TO LUMBER LIQUIDATORS OPPOSITION TO APPOINTMENT OF CO-LEAD COUNSEL FOR PERSONAL INJURY PLAINTIFFS

Plaintiffs, RICHARD CUTLER AND SHARON CUTLER, by and through their attorney, Cliff W. Marcek, Esq., hereby submits this Reply to Lumber Liquidators Opposition to Appointment of Co-Lead Counsel for Personal Injury Plaintiffs.

Richard Cutler and Sharon Cutler strongly support the appointment of Shawn Reed and Kevin Sullivan as co-lead counsel. Messrs. Reed and Sullivan have worked assiduously to prosecute this case. They have corresponded with plaintiffs' counsel, assisted with pleadings and discovery, kept plaintiffs' counsel apprised of impending deadlines, assisted with strategic matters, and generally have been of indispensable help in the complex world of Multidistrict Litigation. Richard Cutler and Sharon Cutler can say, without equivocation, that without having lead counsel in this litigation, it is likely most of the Plaintiffs' cases would suffer and potentially fail. Their assistance is needed even more now with the case going into a different phase of discovery and then into the pre-trial and trial phases of the case.

CLIFF W. MARCEK, ESQ.
536 E. ST. LOUIS AVE, LAS VEGAS, NEVADA 89104
Phone (702) 366-7076 ◇ Facsimile (702) 366-7078

1    Lumber Liquidators offers a lot of petty and self-serving reasons why Messrs. Sullivan

2    and Reed should not continue as co-lead counsel, in particular it suggests that they have filed

3    papers incorrectly, exceeded page limitations and even missed a meet and confer.  Assuming

4    arguendo that these representations are accurate, these are otherwise minor mistakes made by

5    counsel in any litigation even with the most high-powered firms involved.

6    Lumber Liquidators opposition is pretextual in nature.  Lumber Liquidators filed it for

7    the unveiled purpose to simply divide and conquer the plaintiffs.  It figures if it can eliminate

8    lead counsel, it can extract nuisance value settlements from the individual plaintiffs.  Lumber

9    liquidators states they want to "properly and efficiently resolve the disputes."  However, the

10   real goal is to settle the disputes cheaply, and without lead counsel, that goal would be much

11   more likely.

12   Dated this ___ day of March, 2018

14   CLIFF W. MARCEK, P.C.

15   _____
     Cliff W. Marcek, Esq.

16   Nevada Bar No. 5061
     536 E. St. Louis Ave

17   Las Vegas, NV 89104
     Telephone   :  (702) 366-7076
     Facsimile   :  (702) 366-7078

18   Email        :  cwmarcek@marceklaw.com

19   Attorney for Plaintiffs
     RICHARD CUTLER AND SHARON CUTLER

20

21

22

23

24

25

26

27

28

Cliff W. Marcek, Esq.
536 E. St. Louis Ave, Las Vegas, Nevada 89104
Phone (702) 366-7076 ◊ Facsimile (702) 366-7078

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of CLIFF W. MARCEK, P.C.,and that on this 29 day

of March, 2018, a true and correct copy of **REPLY TO LUMBER LIQUIDATORS**

**OPPOSITION TO APPOINTMENT OF CO LEAD COUNSEL FOR PERSONAL**

**INJURY PLAINTIFFS**, was filed electronically with the clerk of this Court using the

CM/ECF system, and in accordance with Local Rules and the procedures adopted in the Initial

Order and Pretrial Order No. 1A. This filing will cause a copy of the same to be served, via a

Notice of Electronic Filing, upon counsel of record in this matter who has consented to electric

service.

Kevin P. Sullivan, Esq.
THE SULLIVAN LAW FIRM
701 Fifth Avenue Suite 4600
Seattle, WA 98107
Attorney for Jeff and Jessica Gilman,
A.G., and D.G. (W.D. Wash. 2-16-cv-495)
and Justine and Alfredo Russo
(W.D. Wash. 3:17-cv-05599)

Shawn Reed, Esq.
HOWARD & REED
516 N. Columbia Street
Covington, LA 70433

Sheri M. Thome, Esq.
Chad C. Butterfield, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 S. Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
EDLab

Annie Cai Larson, Esq.
MCGUIREWOODS, LLP
800 East Canal Street
Richmond, VA 23219-3916
Attorney for
LUMBER LIQUIDATORS

An employee of CLIFF W. MARCEK, P.C

CLIFF W. MARCEK, ESQ.
536 E. ST. LOUIS AVE, LAS VEGAS, NEVADA 89104
Phone (702) 366-7076 ◊ Facsimile (702) 366-7078