IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:15-md-2627 (AJT/TRJ) |

This Document Relates to Case Rasmussen v. Lumber Liquidators, Inc.  1:16-cv-02782 With A Personal Injury Component

**OBJECTION TO MOTION TO STRIKE AND MOTION FOR LEAVE OF COURT TO SUBMIT AMENDED COMPLAINT**

**COME NOW**, Plaintiffs by way of Objection to Defendant's Motion to Strike their Complaint, and Motion for Leave to File its Amended Complaint, and shows to the Court as follows:

1.     Val D. Rasmussen has sustained significant personal injury, in the nature of pulmonary function, which transpired immediately upon the installation of the Lumber Liquidator's "STJ Blacksburg Barn Board."  (Exhibit A)

2.     Val D. Rasmussen submitted a notification to Defendants that he was suffering from formaldehyde associated with the Lumber Liquidator's flooring. (Exhibit B)

3.     Val D. Rasmussen has sustained over $30,000.00 in medicals associated with his exposure to Defendants products.

4.     Counsel for Rasmussen has been cooperating with Defendants, and was led to believe that Defendants were going to offer a good faith settlement and not to run up legal bills, upon which counsel relied in attempting to work with Defense counsel towards a resolution.

5.     Counsel for Rasmussen has attempted to read every pleading submitted, but with over 1300 notices, somehow apparently missed the short window on ECF No. 1242.  Counsel has

amended pleadings, as noted in the Courts records, however, the amendment was apparently past the short due date.  Plaintiffs have responded to discovery, have had several conversations with Defense counsel, have agreed to deposition dates, and all of this when Defendants were continuing to lead on Plaintiffs that Defendants were willing to work things out.

6.      Counsel additionally requests leave of Court to file the Amended Complaint, which has already been filed with the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION AND MOTION FOR LEAVE TO AMEND

The litigation has progressed through the court at a relatively fast rate, compared to similar proceedings.  It was not until the fall of 2017 that the Court began to address the personal injury issues with any specificity.  Since that time there has been a race to update documents and prepare discovery.  At this point Plaintiffs have not even had sufficient time to conduct discovery, and, as noted above, Plaintiffs have made themselves available for depositions, have produced over 200 pages of medical and treatment records.  As noted in *D'Eramo v. Smith*, 273 Conn. 610 (2005) "whether there is an adequate alternative remedy must await a hearing on the merits."

"The purpose of a motion to strike is to contest ⋯ the legal sufficiency of the allegations of any complaint ⋯ to state a claim upon which relief can be granted." (Internal quotation marks omitted.) *Fort Trumbull Conservancy, LLC v. Alves*, 262 Conn. 480 (2003).   The role of the trial court in ruling on a motion to strike is "to examine the [complaint], construed in favor of the [plaintiff], to determine whether the [pleading party has] stated a legally sufficient cause of action." (Internal quotation marks omitted.)  *Dodd v. Middlesex Mutual Assurance Co.*, 242

Conn. 375, 378 (1997). "In ruling on a motion to strike, the court is limited to the facts alleged in the complaint." (Internal quotation marks omitted.) *Faulkner v. United Technologies Corp.*, 240 Conn. 576, 580 (1997). "[G]rounds other than those specified should not be considered by the trial court in passing upon a motion to strike ···" *Grazo v. Stamford*, 255 Conn. 245, 259 (2001).

Plaintiffs acknowledge that they failed to meet the Court's filing deadline. However, through excusable neglect they should not be punished by having their claim entirely thrown out of court, especially where Defendant has suffered no harm, there has been no delay encountered by Defendants, and Defendants have continued to pursue defense, making discovery requests, and setting deposition dates in May, 2018. Defendants have lured Plaintiffs into a false sense of security, by suggesting that they would negotiate a settlement in good faith and basically not to worry about running up a lot of legal costs with prosecution.

When a party chooses to introduce evidence in his or her defense, the party " demonstrates ' by his conduct the intent to abandon' the argument that the [plaintiff] failed to meet its burden through the evidence presented in its case-in-chief."*Murillo-Rodriguez v. Commonwealth*,**279 Va. 64**, **688 S.E.2d 199**, 203-205 (2010), *Graham v. Cook*, 278 Va. 233, 248, 682 S.E.2d 535, 543 (2009). Thus, the defendant must inform the circuit court of the grounds upon which he or she relies in making a new motion to strike so that the circuit court has the opportunity to consider the asserted grounds for the defendant's belief that the plaintiff's evidence is insufficient in light of all the evidence presented, including defense and rebuttal evidence. The motion that Lumber Liquidators contends is a renewed motion is in reality a not a new motion because it does not addresses a different quantum of evidence.

In *United Leasing Corp. v. Lehner Family Business Trust*, 279 Va. 510, 689 S.E.2d 670 (2010), the Court held: "Code § 8.01-384(A) specifically states the necessity of making the court aware of the grounds for an objection at the time of the ruling. Code § 8.01-384(A) provides, in pertinent part, that [f]ormal exceptions to rulings or orders of the court shall be unnecessary; ... it shall be sufficient that a party, *at the time the ruling...* is made or sought, *makes known to the court* the action which he desires the court to take or *his objections to the action of the court and his grounds therefor.*" Plaintiffs have made known to the Court that their desire is to prosecute this matter, and object to the motion to strike, and further to request leave of the Court to file their Amended Complaint, which sets forth their causes of action, and which Defendant have full knowledge thereof, and have defended in reference thereto.

Defendants motion is akin to a motion to dismiss and, "[i]n ruling on a motion to strike, trial courts should not undertake to determine the truth or falsity of testimony or to measure its weight." *Williams v. Vaughan*, 214 Va. 307, 310, 199 S.E.2d 515, 517-18 (1973). Plaintiffs have submitted a valid complaint for damages and have put Defendant on notice of their claims, have produced discovery responses, and have agreed to have depositions taken, all based upon their amended complaint.

**WHEREFORE**, Plaintiffs respectfully move this Court to allow Plaintiffs to move forward with the litigation, and deny Defendants Motion to Strike their Amended Complaint.

Respectfully submitted this 30th day of April, 2018.

        Christensen Young & Associates

        /s/Steven A. Christensen
        Steven A. Christensen
        Christensen Young & Associates
        9980 So. 300 West, #200
        Sandy, Ut 84070
        (801) 676-6447
        steven@christensenyounglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018 a true and correct copy of the foregoing was filed electronically with the clerk of this Court using the CM/ECF system, and in accordance with Local Rules and the procedures adopted in the Initial Order and Pretrial Order No. 1A. This filing will cause a copy of the same to be served, via a Notice of Electronic Filing, upon counsel of record in this matter who has consented to electronic service.

        /s/Steven A. Christensen
        Steven A. Christensen
        Christensen Young & Associates
        9980 So. 300 West, #200
        Sandy, Ut 84070
        (801) 676-6447
        steven@christensenyounglaw.com

# EXHIBIT A

Page 1 of 2

**LUMBER LIQUIDATORS**
HARDWOOD FLOORS FOR LESS!
www.lumberliquidators.com
1-800-HARDWOOD

LINDON UT 1164
1451 W. 40 S
LINDON UT 84042

Phone: (801) 429-9465
Fax: (801) 429-9467
Email: Store164@lumberliquidators.com

May 29, 2014   16:21:07

# Invoice

## Bill-To-Party
VAL RASMUSSEN
890 S. 1600 E.
PLEASANT GROVE UT  84062
(801) 785-1225
pauline_rasmussen@yahoo.com

## Information
| | |
|---|---|
| Sales Order No | 123476216 |
| Document Date | 05/29/2014 |
| Customer No. | 4771594 |
| Currency | USD |
| Contact Person | |

## Ship-To-Party
VAL RASMUSSEN
PLEASANT GROVE UT  84062
890 S. 1600 E.
(801) 785-1225
pauline_rasmussen@yahoo.com

## Order Comments

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10023939/12BB-K/1164<br>STJ Blacksburg Barn Board 12mm w/pad<br>30 Year Warranty | 226.90 | 226.90 | 0.00 FT2 | 2.59 USD | 587.67 USD |
| 20 | 10009816/A12BBEC/1164<br>LAM Blacksburg Barn 7.5' EC | 22.50 | 22.50 | 0.00 FT | 3.29 USD | 74.03 USD |
| 40 | 10025547/TL-0496/1164<br>SAW 6 DOUBLE EDGED WALLBOARD | 1.00 | 1.00 | 0.00 EA | 1.00 USD | 1.00 USD |
| 60 | 10008602/A12BBBB/1164<br>LAM Blacksburg Barn 7.5' BB | 30.00 | 30.00 | 0.00 FT | 2.49 USD | 74.70 USD |
| 70 | 10024712/TL-0761/1164<br>Combination Square 24in | 1.00 | 1.00 | 0.00 EA | 9.99 USD | 9.99 USD |
| 80 | 10012218/LAMK/1164<br>LAM Dream Home Installation Kit | 1.00 | 1.00 | 0.00 EA | 15.00 USD | 15.00 USD |

| | |
|---:|---:|
| Items Total: | 762.39 USD |
| Tax: | 52.22 USD |
| Final Amount: | 814.61 USD |
| Down Payment Total: | 814.61 USD |
| Balance Due: | 0.00 USD |

*059.35* (handwritten)

LINDON UT 1164  
1451 W. 40 S  
LINDON UT 84042  

Phone: (801) 429-9465  
Fax: (801) 429-9467  
Email: Store164@lumberliquidators.com  

May 29, 2014   16:20:15

# Payment Receipt

### Bill-To-Party
VAL RASMUSSEN  
890 S. 1600 E.  
PLEASANT GROVE UT 84062  
(801) 785-1225  
pauline_rasmussen@yahoo.com  

### Information
| | |
|---|---|
| Sales Order No | 0123476216 |
| Payment Reference | 503581323 |
| Document Date | 05/29/2014 |
| Customer No. | 0004771594 |
| Currency | USD |
| Contact Person | |

### Ship-To-Party
VAL RASMUSSEN  
PLEASANT GROVE UT 84062  
890 S. 1600 E.  
(801) 785-1225  
pauline_rasmussen@yahoo.com  

### Order Comments

MC XXXXXXXXXXXXXXXXXX0599  814.61 USD  
AUTH NO         151983  

Name:        RASMUSSENPAULINE

Signature _____  
I agree to pay the charges listed above according to the terms and conditions of the card issuer agreement.

**LUMBER LIQUIDATOR$**
www.lumberliquidators.com
1-800-HARDWOOD

LINDON UT 1164
1451 W. 40 S
LINDON UT 84042

Phone: (801) 429-9465
Fax: (801) 429-9467
Email: Store164@lumberliquidators.com

Page 1 of 2
Jul 31, 2014    14:13:02

# Invoice

### Bill-To-Party
VAL RASMUSSEN
890 S. 1600 E.
PLEASANT GROVE UT  84062
(801) 785-1225
    pauline_rasmussen@yahoo.com

### Ship-To-Party
VAL RASMUSSEN
PLEASANT GROVE UT  84062
890 S. 1600 E.
(801) 785-1225
    pauline_rasmussen@yahoo.com

### Information
| | |
|---|---|
| Sales Order No | 123760895 |
| Document Date | 07/31/2014 |
| Customer No. | 4771594 |
| Currency | USD |
| Contact Person | |

### Order Comments

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10023939/12BB-K/1164 | 45.38 | 0.00 | 45.38 FT2 | 2.59 USD | 117.53 USD |
|    | STJ Blacksburg Barn Board 12mm w/pad | | | | | |
|    | 30 Year Warranty | | | | | |

Follow manufacturer's instructions for use of a moisture barrier. When exposed to UV sunlight or heat exposure color fading / darkening can occur not considered a defect. There's a 5% allowance established for waste created as a result of the installation Refer to product warranty for details.

| 20 | 10010752/A12BBSN/1164 | 7.50 | 0.00 | 7.50 FT | 3.69 USD | 27.68 USD |
|---|---|---|---|---|---|---|
|    | LAM Blacksburg Barn 7.5' SN | | | | | |
| 30 | 10001032/PRVMTRGRD410/1164 | 1.00 | 0.00 | 1.00 EA | 28.00 USD | 28.00 USD |
|    | PRE Tobacco Road 4x10" DI Grill | | | | | |
|    | Made on Walnut hardwood, prefinished to coordinate with your floor. | | | | | |

| | |
|---:|---:|
| Items Total: | 173.21 USD |
| Tax: | 11.86 USD |
| Final Amount: | 185.07 USD |
| Down Payment Total: | 185.07 USD |
| Balance Due: | 0.00 USD |

**LUMBER LIQUIDATORS**
1-800-HARDWOOD

LINDON UT 1164
1451 W. 40 S
LINDON UT 84042

Phone: (801) 429-9465
Fax:   (801) 429-9467
Email: Store164@lumberliquidators.com

Jul 31, 2014     14:11:43
Page 1 of 1

# Payment Receipt

### Bill-To-Party
VAL RASMUSSEN
890 S. 1600 E.
PLEASANT GROVE UT 84062
(801) 785-1225
pauline_rasmussen@yahoo.com

### Information
| | |
|---|---|
| Sales Order No | 0123760895 |
| Payment Reference | 503875789 |
| Document Date | 07/31/2014 |
| Customer No. | 0004771594 |
| Currency | USD |
| Contact Person | |

### Ship-To-Party
VAL RASMUSSEN
PLEASANT GROVE UT 84062
890 S. 1600 E.
(801) 785-1225
pauline_rasmussen@yahoo.com

### Order Comments

MC XXXXXXXXXXXXXXXXX0599  185.07 USD
AUTH NO          131110

Name:      RASMUSSENPAULINE

Signature _____
I agree to pay the charges listed above according to the terms and conditions of the card issuer agreement.



LINDON UT 1164
1451 W. 40 S
LINDON UT 84042

Phone: (801) 429-9465
Fax: (801) 429-9467
Email: Store164@lumberliquidators.com

Page 1 of 2
Jun 5, 2014  11:15:38

# Invoice

### Bill-To-Party
VAL RASMUSSEN
890 S. 1600 E.
PLEASANT GROVE UT 84062
(801) 785-1225
pauline_rasmussen@yahoo.com

### Ship-To-Party
VAL RASMUSSEN
PLEASANT GROVE UT 84062
890 S. 1600 E.
(801) 785-1225
pauline_rasmussen@yahoo.com

### Information
| | |
|---|---|
| Sales Order No | 123504409 |
| Document Date | 06/05/2014 |
| Customer No. | 4771594 |
| Currency | USD |
| Contact Person | |

### Order Comments

| ITEM | PRODUCT | QUANTITY | QTY OPEN | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10010662/A12BBQR/1164
LAM Blacksburg Barn 7.5' QR | 37.50 | 37.50 | 0.00 FT | 0.99 USD | 37.13 USD |

| | |
|---|---|
| Items Total: | 37.13 USD |
| Tax: | 2.54 USD |
| Final Amount: | 39.67 USD |
| Down Payment Total: | 39.67 USD |
| Balance Due: | 0.00 USD |



**LUMBER LIQUIDATORS**
HARDWOOD FLOORS FOR LESS
www.lumberliquidators.com
1-800-HARDWOOD

LINDON UT 1164
1451 W. 40 S
LINDON UT 84042

Phone: (801) 429-9465
Fax: (801) 429-9467
Email: Store164@lumberliquidators.com

Jun 5, 2014    11:15:33

# Payment Receipt

### Bill-To-Party
VAL RASMUSSEN
890 S. 1600 E.
PLEASANT GROVE UT 84062
(801) 785-1225
pauline_rasmussen@yahoo.com

### Information
| | |
|---|---|
| Sales Order No | 0123504409 |
| Payment Reference | 503611338 |
| Document Date | 06/05/2014 |
| Customer No. | 0004771594 |
| Currency | USD |
| Contact Person | |

### Ship-To-Party
VAL RASMUSSEN
PLEASANT GROVE UT 84062
890 S. 1600 E.
(801) 785-1225
pauline_rasmussen@yahoo.com

### Order Comments

---

MC XXXXXXXXXXXXXXXXX0599   39.67 USD
AUTH NO     101500

Name:     RASMUSSENPAULINE

Signature _____

I agree to pay the charges listed above according to the terms and conditions of the card issuer agreement.

# EXHIBIT B

**℞ American Fork Pulmonary Clinic**
98 N 1100 E Ste 302, American Fork, UT 84003-2947 (801) 492-2270 Fax: (801) 442-0772

**Patient:** RASMUSSEN, VAL    **DOB:** 9/24/1943    **Age:** 72 Years
**Address:** 890 S 1600 E PLEASANT GROVE, UT 840623429, USA (801) 785-1225

**Rx:** Doctors Note
**Quantity:** ***0*** {zero}
**Refill:** ***0*** {zero}    **Substitutions:**

**Additional Directions:** Mr Rasmussen had severe respiratory symptoms that were temporally related to installation of flooring containing formaldehyde. I highly recommend that he avoid any further formaldehyde exposure that might occur with removal of the flooring, ie he should not do the removal himself. Recommend removal be done as soos as possible.

**Start:** 09/25/2015                                                                MD
**Clinician:** BRADSHAW, DAVID A.
**MRN:** 1200426
Issued 09/25/15 | 540203509    NPI Number: 1104897800    DEA Number: _____

Microprint signature line visible at 5x or greater magnification shows #THISISANORIGINALPRESCRIPTION#. Microprint signature line becomes unreadable if copied, (*) bound and spelled quantities, and this security description.