

**BORDAS AND BORDAS**
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

bordaslaw.com

April 27, 2018

*Via Federal Express*

APR 27 2018

Clerk's Office
US District Court for Eastern
Division of Virginia
401 Courthouse Square
Alexandria, VA 22314

IN RE:   LUMBER LIQUIDATORS CHINESE-MANUFACTURED
FLOORING PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
MDL No. 1:15-md-2627 (AJT/TRJ)

*Gaus, et al. v. Lumber Liquidators, Inc., et al.*
Case No. 1:17-cv-02810-AJT-TRJ

Dear Sir or Madam:

Enclosed please find **PLAINTIFFS' MOTION TO STAY**. Copies were served today on counsel for Defendant.

Thank you for your kind attention to this matter.

Very truly yours,

JASON E. CAUSEY

JEC/mkb
Enclosure
xc:   Diane P. Flannery, Esq.
       Elizabeth Thomas, Esq.

A.M.D.G.