UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS ) <br> CHINESE-MANUFACTURED FLOORING ) <br> PRODUCTS MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LITIGATION, ) <br> _____) | MDL No.: 1:15-md-02627-AJT-TRJ |

THIS DOCUMENT RELATES TO: 1:16-cv-02793

## NOTICE TO THE COURT MADE BY PLAINTIFFS SOLOMON AND LYNNE HESNEY OF WITHDRAWAL OF ALL PENDING MOTIONS

In light of the agreement between Plaintiffs Solomon and Lynne Hesney ("Plaintiffs") and Defendant Lumber Liquidators, Inc. ("Defendant") to settle the above matter, Plaintiffs file this Notice of Withdrawal to inform the Court that they hereby withdraw all pending motions filed by or on behalf of Plaintiffs in the above matter.

Dated: May 11, 2018

>Respectfully submitted,
>
>*/s/ Barry Kantrowitz*
>Barry S. Kantrowitz
>Jay I. Brody
>**KANTROWITZ, GOLDHAMER
>& GRAIFMAN, P.C.**
>747 Chestnut Ridge Road
>Chestnut Ridge, New York 10977
>Tel: (845) 356-2570
>Bkantrowitz@kgglaw.com
>
>*Attorneys for Plaintiffs (1:16-cv-02793)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018 a true and correct copy of the foregoing was filed via regular mail with the clerk of this Court. This filing will cause a copy of the same to be served, via a Notice of Electronic Filing, upon counsel of record in this matter.

Respectfully submitted,

/s/ Jay Brody
Jay I. Brody
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Jbrody@kgglaw.com

*Attorneys for Plaintiffs (1:16-cv-02793)*