IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2627(AJT/TRJ) |

**This Document Relates to:**
*Jensen v. Lumber Liquidators, Inc.*; Case No. 1:17-cv-02813

### ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is ORDERED that Plaintiff Miriam T. Jensen's entire case and all her claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

ENTERED this 21st day of May, 2019.

Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge

1