FILED: March 10, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2351 (L)
(1:15-md-02627-AJT-TRJ)
(1:16-md-02743-AJT-TRJ)

_____

------------------------------------------------

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (1:15-md-02627-AJT-TRJ)

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING DURABILITY MARKETING AND SALES PRACTICES LITIGATION (1:16-md-02743-AJT-TRJ)

------------------------------------------------

DIANA CANTU-GUERRERO

        Party-in-Interest - Appellant

v.

LUMBER LIQUIDATORS, INC., a Delaware corporation

        Defendant - Appellee

 and

LAURA WASHINGTON, LILA WASHINGTON, MARIA RONQUILLO,

ROMUALDO RONQUILLO, JOSEPH MICHAEL BALERO, RYAN BRANDT, KRISTIN BRANDT, DEVIN CLOUDEN, SARA CLOUDEN, KEVIN PARNELLA, JULIE PARNELLA, SHAWN BURKE, and TANYA BURKE, on behalf of themselves and all others similarly situated

                    Formaldehyde MDL Plaintiffs - Appellees

  and

ERIN FLOREZ, JIM MOYLEN, KELLY RYAN, KAREN HOTALING, and LOGAN PEREL, on behalf of themselves and all others similarly situated

                    Durability MDL Plaintiffs - Appellees

―――――――――――――

No. 18-2490
(1:15-md-02627-AJT-TRJ)
(1:16-md-2743-AJT-TRJ)

―――――――――――――

--------------------------------------------------

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (1:15-md-02627-AJT-TRJ)

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING DURABILITY MARKETING AND SALES PRACTICES LITIGATION (1:16-md--02743-AJT-TRJ)

--------------------------------------------------

BRICE M. JOHNSTON

                Party-In-Interest - Appellant

Case 1:15-md-02627-AJT-MSN   Document 1829   Filed 03/10/20   Page 3 of 5 PageID# 23566

v.

LUMBER LIQUIDATORS, INC., a Delaware corporation

Defendant - Appellee

and

LAURA WASHINGTON, LILA WASHINGTON, MARIA RONQUILLO, ROMUALDO RONQUILLO, JOSEPH MICHAEL BALERO, RYAN BRANDT, KRISTIN BRANDT, DEVIN CLOUDEN, SARA CLOUDEN, KEVIN PARNELLA, JULIE PARNELLA, SHAWN BURKE, and TANYA BURKE, on behalf of themselves and all others similarly situated

Formaldehyde MDL Plaintiffs - Appellees

and

ERIN FLOREZ, JIM MOYLEN, KELLY RYAN, KAREN HOTALING, and LOGAN PEREL, on behalf of themselves and all others similarly situated

Durability MDL Plaintiffs - Appellees

------------------

No. 19-1231
(1:15-md-02627-AJT-TRJ)
(1:16-md-02743-AJT-TRJ)
------------------

--------------------------------------------------

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING

PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (1:15-MD-02627-AJT-TRJ)

IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING DURABILITY MARKETING AND SALES PRACTICES LITIGATION (1:16-m-02743-AJT-TRJ)

------------------------------------------------

DIANA CANTU-GUERRERO

  Party-in-Interest - Appellant

v.

LUMBER LIQUIDATORS, INC., a Delaware corporation

 and

LAURA WASHINGTON, LILA WASHINGTON, MARIA RONQUILLO, ROMUALDO RONQUILLO, JOSEPH MICHAEL BALERO, RYAN BRANDT, KRISTIN BRANDT, DEVIN CLOUDEN, SARA CLOUDEN, KEVIN PARNELLA, JULIE PARNELLA, SHAWN BURKE, and TANYA BURKE, on behalf of themselves and all others similarly situated

  Formaldehyde MDL Plaintiffs - Appellees

 and

ERIN FLOREZ, JIM MOYLEN, KELLY RYAN, KAREN HOTALING, and LOGAN PEREL, on behalf of himself and all others similarly situated

  Durability MDL Plaintiffs - Appellees

------------------

J U D G M E N T

------------------

In accordance with the decision of this court, the judgment of the district

court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ PATRICIA S. CONNOR, CLERK</u>