**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:15-md-2627 (AJT/TRJ) |
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED LAMINATE FLOORING DURABILITY MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) ) MDL No. 1:16-md-2743 (AJT/TRJ) |

**This Document Relates to:
All Cases**

## ORDER

This matter is before the Court upon the Parties notice that due to circumstances beyond the control of the Parties the Settlement Administrator is unable to distribute the Settlement Funds within sixty (60) days of this Court's September 3, 2020 Order.

In an effort to ensure that the Settlement can be properly distributed, the Parties have jointly requested an additional thirty (30) days for the Settlement Administrator to distribute the Settlement Funds.

Finding such request appropriate and necessary for the proper implementation of the Settlement Agreement, it is hereby ORDERED that:

The Settlement Administrator shall, no later than ninety (90) days after entry of this Court's September 3, 2020 Order, distribute cash from the Escrow Account and the voucher portion of the Settlement to qualified claimants in the manner set forth in the Settlement

Agreement. The Settlement Administrator is directed to post this Order on the class action website.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 17, 2020