# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL No. 1:15-md-2627 (AJT/TRJ) |
| IN RE: LUMBER LIQUIDATORS CHINESE-MANUFACTURED LAMINATE FLOORING DURABILITY MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) MDL No. 1:16-md-2743 (AJT/TRJ) |

**This Document Relates to:**
All Cases

## ORDER ON JOINT NOTICE OF SETTLEMENT DISTRIBUTION AND MOTION FOR EXTENSION OF TIME

The Parties in the above captioned cases filed a Joint Notice of Settlement Distribution and Motion for Extension of Time (the "Motion"). In the Motion, the Parties informed the Court that, while the Settlement Administrator has the necessary information and funds to mail checks to CARB1 and CARB2 claimants by December 2, 2020, renewed restrictions related to COVID-19 have complicated the preparation and review of the store-credit vouchers. The Parties request until December 31, 2020, to allow for the Settlement Administrator to distribute the store-credit vouchers.

Therefore, for good cause show, the Court finds good cause to GRANT the Motion. The Settlement Administrator shall have until December 31, 2020, to distribute store-credit vouchers.

Date: _____December 3, 2020_____

Anthony J. Trenga
United States District Judge